



## MEMORANDUM OPINION

No. 04-10-00859-CR

Esteban **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-7664W
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  January 26, 2011

DISMISSED

     Appellant has filed a motion to dismiss this appeal in compliance with Rule 42.2(a).  *See*

TEX. R. APP. P. 42.2(a).  The motion is granted and this appeal is dismissed.  *See id.*


PER CURIAM


DO NOT PUBLISH